NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RED IPHONE 11 BEARING IMEI 353972105879426 CURRENTLY SECURED IN THE FBI LAS VEGAS DIVISION'S EVIDENCE CONTROL ROOM | Case No. 2:20-mj-00233-BNW<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-mj-00321-DJA.

DATED this 17th day of December, 2020.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH
OF A RED IPHONE 11
BEARING IMEI 353972105879426
CURRENTLY SECURED IN THE FBI
LAS VEGAS DIVISION'S EVIDENCE
CONTROL ROOM

Case No. 2:20-mj-00233-BNW

**Order to Unseal Case**

Based on the Motion of the Government, and good cause appearing therefore, IT IS

HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2